DEATH PENALTY

FILED
CLERK, U.S. DISTRICT COURT

AUG 30 2011

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

Martin Navarette,

        Petitioner,

v.

MICHAEL MARTEL,
Warden of California State
Prison at
San Quentin,

        Respondent

Case No.: CV11-7066-VAP

**DEATH PENALTY CASE**

[PROPOSED] ORDER STAYING
EXECUTION OF DEATH SENTENCE AND
REFERRING THE MATTER TO THE
CAPITAL CASE COMMITTEE FOR
SUGGESTION OF APPOINTED COUNSEL

Upon request of petitioner, and pursuant to Local Rules 83-17.4 (a) and (b), and 83-17.6 (a) and (c),

IT IS HEREBY ORDERED that the execution of petitioner's sentence of death and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, for ninety days from the date that counsel is appointed to represent the petitioner in this case.

IT IS FURTHER ORDERED, that this matter be referred to the Capital Case Committee for the United States District Court, Central District of California, for appointment of the Federal Defender or other qualified counsel to represent petitioner in these proceedings.

The Clerk of the Court shall serve a certified copy of this order on petitioner; respondent, Michael Martel, Acting Warden of San Quentin Prison; the Clerk of the Los Angeles County Superior Court; James William Bilderback, Deputy Attorney General of the State of California; Steve Cooley [Deputy] District Attorney of Los Angeles

1  County; the Federal Defender for the Central District of California;

2  and Michael G. Millman, Executive Director of the California

3  Appellate Project, San Francisco.

4

5  DATED: August 30, 2011

   *Virginia A. Phillips*

6                              UNITED STATES DISTRICT JUDGE

7  SUBMITTED BY:

8

9

10  _____

11  Michael Millman
    SB 45639
12  Attorney at Law
    On behalf of Petitioner
13  Martin Navarette

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER STAYING
EXECUTION OF DEATH SENTENCE

**PROOF OF SERVICE**

I, Iliana Hernandez, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the attached **[PROPOSED] ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO THE CAPITAL CASE COMMITTEE FOR SUGGESTION OF APPOINTED COUNSEL** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand-delivery addressed as follows: | [X] Placing same in a sealed envelope for collection and mailing via the United States Post Office, addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

**SEE ATTACHED SERVICE LIST**

This proof of service is executed at Los Angeles, California, on **August 26, 2011**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Iliana Hernandez

**SERVICE LIST**

Clerk of the Court
Los Angeles County Superior Court
210 West Temple Street
Los Angeles, CA 90012

Michael Martel
Warden
San Quentin State Prison
San Quentin, CA 94964

Martin Navarette
CDC# H-07300
San Quentin State Prison
San Quentin, CA 94974

Gary B. Wells
Attorney at Law
6083 N. Figarden Drive PMB 203
Fresno, CA 93722-3226

Michael G. Millman
California Appellate Project
101 Second Street, Suite 600
San Francisco, CA 94105

Steve Cooley
Los Angeles District Attorney
210 W. Temple Street, Suite 18000
Los Angeles, CA 90012-3210

James William Bilderback, II
Service Deputy
Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013

Office of the Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012

Death Penalty Law Clerk
United States Courthouse, Room 801
Los Angeles, CA 90012